```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

AMERICAN GENERAL LIFE
INSURANCE COMPANY                                          PLAINTIFF

            v.           Civil No. 07-2138

JAMES M. DUNN, ET AL.                                      DEFENDANTS

### Judgment

James M. Dunn, Executor of the Estate of Mima L. Dunn, Kevin Dunn and Keith Dunn, in their capacity as trustees of the Mima Dunn Testamentary Trust and in their capacity as Co-Guardians of Claude L. Dunn, Michael Dunn, Julie Shelton, and Diana Fitzgerald, individually and in their capacity as trustees of the Mima Dunn Testamentary Trust (collectively "Defendants"), have filed a **Motion for Judgment on the Pleadings and Dismissal with Prejudice** (document #16) whereby Defendants request that the Court disburse the proceeds from Policy Number 1448518L as follows:

    (1) One third (1/3) of the proceeds to be disbursed equally to Kevin and Keith Dunn as Co-Guardians of Claude L. Dunn;

    (2) One third (1/3) of the proceeds to be disbursed equally to Michael Dunn, Julie Shelton, and Diana Fitzgerald, individually; and

    (3)    One third (1/3) of the proceeds to be disbursed equally to Kevin Dunn, Keith Dunn, Michael Dunn, Julie Shelton, and Diana Fitzgerald as trustees of the Mima Dunn Testamentary Trust.

Due to the speedy resolution of this matter, the Clerk of the Court has not yet deposited the funds at issue into an interest bearing account, as directed by the Court in its Order dated January 8, 2008. Accordingly, Defendants agree that, in the interest of time, the Clerk shall not deposit the funds into such an account but, rather, shall disburse the funds among the parties as soon as business allows.

Plaintiff American General Life Insurance Company has no objection to Defendants' motion, and requests that it be dismissed from the present action as it has deposited into the Court's registry the funds at issue and has no further interest in this action.

IT IS, THEREFORE, ORDERED that Defendants' **Motion for Judgment on the Pleadings and Dismissal with Prejudice** (document #16) is hereby **GRANTED** and the Clerk of the Court shall disburse the funds as stated above.

IT IS FURTHER ORDERED that Plaintiff's Complaint for Interpleader is **dismissed with prejudice** and that Plaintiff is discharged from all further liability under or relating to Policy Number 1448518L.

**IT IS SO ORDERED** this 30th day of January 2008.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**